UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| R.C. HOLLOWAY COMPANY LIMITED PARTNERSHIP | Civil Action No. MJG-02-2696 |
| Plaintiff | |
| v. | |
| GENERAL MOTORS CORPORATION | |
| Defendant | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

R.C. Holloway Company Limited Partnership, by its counsel K. King Burnett, David B. Douse and Webb, Burnett, Jackson, Cornbrooks, Wilber, Vorhis & Douse, LLP, and General Motors Corporation, by its counsel Yvette M. Bryant and Allen, Karpinski, Bryant & Karp, hereby stipulate that the above-captioned action be dismissed with prejudice, each party to bear its own costs.

_____
K. King Burnett

_____
David B. Douse
Webb, Burnett, Jackson, Cornbrooks,
 Wilber & Douse, LLP
P.O. Box 910
Salisbury, Maryland 21803-0910
(410) 742-3176

Counsel for R.C. Holloway
Company Limited Partnership

Approved this 24th day of September, 2002

_____
**Marvin J. Garbis**
**United States District Judge**

_____
Yvette M. Bryant
Allen, Karpinski, Bryant & Karp, P.A.
Suite 1540
100 East Pratt Street
Baltimore, Maryland 21202

    Counsel for General Motors
    Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of September, 2002, a copy of the foregoing Stipulation of Dismissal with Prejudice was mailed, first class, postage pre-paid, to:

K. King Burnett, Esquire
David Douse, Esquire
Webb, Burnett, Jackson, Cornbrooks,
 Wilber & Douse, LLP
P.O. Box 910
Salisbury, Maryland 21803-0910

 

_____
Of Counsel for General Motors Corporation

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 SEP 23 PM 1: 14
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY